UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

|  |  |
|---|---|
| SHALONDA GREEN AND HENRY GREEN <br> Plaintiffs, <br><br> v. <br><br> ALLIANCE SERVICES <br> Defendant, | ) <br> ) <br> ) <br> ) <br> ) <br> ) Civil Action No. 4:13-cv-02012-H <br> ) <br> ) <br> ) <br> ) |

**NOTICE OF WITHDRAWAL OF COMPLAINT AND VOLUNTARY DIMISSSAL OF ACTION WITHOUT PREJUDICE PURSUANT TO RULE 41(a)**

Shalonda Green and Henry Green ("Plaintiffs"), by Plaintiffs' attorney, hereby withdraw the complaint and voluntarily dismisses this action, without prejudice, pursuant to FED. R. CIV. P. 41(a)(1)(A)(i).

Dated:  September 10, 2013

RESPECTFULLY SUBMITTED:

/s/ Kevin V. K. Crick
Kevin V. K. Crick, Esq.
Consumer Rights Law Firm, PLLC
231 Sutton St., Suite 1A
North Andover, MA 01845
Phone: (978)420-4747
Fax: (978) 409-1846
Email:  kevinc@consumerlawfirmcenter.com
Attorney for Plaintiff

**PROOF OF SERVICE**

I hereby certify that on September 10, 2013, a copy of the foregoing was filed electronically in accordance with the Court's Electronic Filing Guidelines. Notice of this filing will be sent to all parties by operation of the court's electronic filing system and electronic email. Parties may access this filing through the court's system.

/s/ Kevin V. K. Crick, Esq.